FILED BY_____D.C.

05 AUG 11 AM 8:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

NO: 1:04-10014-01-T
USA v.   KEVIN BERNARD PEARSON
AD       Prosequendum
FOR:     RE-SENTENCING HEARING

TO: USM, Western District of TN
Warden, USP LEE, U.S. PENITENTIARY, LEE COUNTY INDUSTRIAL PARK
HICKORY FLATS ROAD, PENNINGTON GAP, VA 24277

YOU ARE HEREBY COMMANDED to have the person of Kevin Bernard Pearson, Inmate # 19340-076, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** 8:30 **a.m. on the** 9th **day of** September **, 20** 05 **,** then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 10th DAY OF August, 2005.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/11/05

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CR-10014 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT